**Lamont Delmar PARKER,
Plaintiff—Appellant,**

v.

**Sheriff James KNIGHT; Jail
Administrator G. Bullock,
Defendants—Appellees.**

**No. 12–6288.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 31, 2012.

Decided: Aug. 21, 2012.

Lamont Delmar Parker, Appellant Pro Se. Julie Baxter Bradburn, Womble Carlyle Sandridge & Rice, PLLC, Raleigh, North Carolina, for Appellees.

---

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lamont Delmar Parker appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b)(1) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Parker v. Knight*, No. 5:10–ct–03095–D (E.D.N.C. May 6, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*